UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JANE DOE,                                                         :
:
Plaintiff,                         :
:       24-CV-8984 (JMF)
-v-                                                    :
:            ORDER
:
AUGUSTUS KIRBY,                                                   :
:
Defendant.                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Rule 10(a) of the Federal Rules of Civil Procedure requires that "all the parties" be named in the title of the complaint. Plaintiff shall file a motion seeking leave to proceed under pseudonym no later than **December 9, 2024**. Failure to comply with the Court's instruction will result in either an order mandating disclosure of Plaintiff's name or dismissal of the complaint without prejudice to refiling and without further notice to the parties.

    Moreover, to ensure that the Court has no conflicts that would require recusal, Plaintiff shall promptly file, **under seal**, a declaration disclosing her identity (and the identity of any other party that is not named in the Complaint) to the Court. To ensure that her name does not appear on the public docket, Plaintiff's counsel should ensure that the declaration is titled "**Declaration of Jane Doe.**"

    Defendant is directed to serve on Plaintiff a copy of this Order, and to file proof of such service on the docket, no later than **December 2, 2024**.

    SO ORDERED.

Dated: November 27, 2024
       New York, New York                     _____
                                                    JESSE M. FURMAN
                                                United States District Judge