UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE, an individual,<br><br>                Plaintiff,<br><br>-against-<br><br>AUGUSTUS KIRBY, *an individual*,<br><br>                Defendant. | Case No. 1:24-cv-8984<br><br>**DECLARATION OF JANE DOE** |

Jeremy A. Hellman, pursuant to 28 U.S.C. § 1746, deposes and declares that the following is true under penalties of perjury:

1. I am a member of the law firm of Rheingold, Giuffra, Ruffo Plotkin & Hellman LLP, counsel for Plaintiff in the within action. I am fully familiar with all pleadings and proceedings heretofore had herein.

2. This Declaration is submitted in response to the order of the Honorable Jesse M. Furman, U.S.D.J. of December 2, 2024 (ECF 7).

3. The identity of plaintiff in this matter is: **OLIVIA ROBERTS**.

4. There are no other parties not named in the complaint.

Dated: New York, NY
         December 2, 2024

RHEINGOLD GIUFFRA RUFFO PLOTKIN & HELLMAN LLP
Attorneys for Plaintiff

*/s/ Jeremy A. Hellman/*

By:   Jeremy A. Hellman, Esq.
551 Fifth Avenue, 29th Floor
New York, NY 10176
Tel: (212) 684-1880
Fax: (212) 689-8156
jhellman@rheingoldlaw.com

cc:

Roger W. Kirby, Esq.
*Attorney for Defendant*
35 Killearn Road
Millbrook, NY 12545-6223
Tel: (646) 732-1978
roger.w.kirby@gmail.com