

**DAVID B. RHEINGOLD**◊
**THOMAS P. GIUFFRA**♦○
**EDWARD A. RUFFO**♦
**SHERRI L. PLOTKIN**♦
**JEREMY A. HELLMAN**

Of Counsel
PAUL D. RHEINGOLD‡●

*Also Admitted In*:

D.C. ‡
Virginia ◊
New Jersey ♦
Massachusetts ●
Utah ○

December 9, 2024

Hon. Jesse M. Furman, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

      Re:  Doe v. Kirby
           24-cv-8984 (JMF)

Dear Judge Furman:

    We represent the plaintiff in this matter. This matter was filed under the pseudonym of Jane Doe. Before this matter was removed, we made a motion to proceed under pseudonym in State court, which was not decided. However, in response to the court's directive (ECF No. 7), we write to advise the court that plaintiff in now amenable to using her true name. As such, attached is an identical Verified Complaint previously filed with plaintiff's name inserted for Jane Doe.

    Plaintiff continues to object to this court's subject matter jurisdiction.

                          Respectfully submitted,

                          Jeremy A. Hellman

The Clerk of Court is directed to unseal (i.e., convert to public view only) ECF No. 10; to update the docket to reflect Plaintiff's name, as reflected in ECF No. 11-2; and to terminate ECF No. 11.  Plaintiff shall, no later than December 12, 2024, file ECF No. 11-1 as a standalone document on ECF to ensure that the docket clearly reflects the operative pleading.  SO ORDERED.

December 10, 2024